# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KERRY L. BROWN, Inmate #N32753,** | ) |
| **Plaintiff,** | ) |
| vs. | ) CIVIL NO. 06-796-GPM |
| **CHARLES R. GARNATI,** | ) |
| **JOHN SPERONI, and ALEX FINE,** | ) |
| **Defendants.** | ) |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that this action is dismissed as legally frivolous. Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

12/04/06    By: s/ G. Patrick Murphy
*Date*    *District Judge*